UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

      -against-

ANTONIO ROSARIO,

                            Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2020

09-CR-415 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 6, 2020, Defendant moved for compassionate release pursuant to 18 U.S.C. § 3582(c) (Dkt. 281);

      IT IS HEREBY ORDERED that an oral argument is scheduled for **May 22, 2020, at 11:00 a.m.** The parties must appear for the proceeding by calling (888) 363-4749 // Access code: 3121171# // Security code: 0415#.

      Counsel should adhere to the following rules and guidelines during the oral argument:

1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly conference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

      IT IS FURTHER ORDERED that the Government must give notice of the oral argument and Defendant's compassionate release application to victims pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771, no later than **May 13, 2020**.  Any written submission by the

victim should be filed on or before **May 21, 2020**.  If the victim wishes to be heard at the oral argument, the Government needs to notify the Court and defense counsel of that fact by **May 21, 2020.**

IT IS FURTHER ORDERED that defense counsel must file a letter on the docket no later than **May 15, 2020**, stating whether Defendant waives any right to be present at the oral argument.

**SO ORDERED.**

Date:  May 8, 2020
       New York, NY

**VALERIE CAPRONI**
**United States District Judge**