**GEORGIA J. HINDE**
ATTORNEY AT LAW
228 PARK AVENUE SOUTH
SUITE 33276
NEW YORK, NEW YORK 10003-1502

(212) 727-2717
TELEFAX: (212) 727-2627

May 21, 2020

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   <u>Re: United States v. Antonio Rosario, No. 09-CR-415 (VEC)</u>

Dear Judge Caproni:

    In my letter dated April 29, 2020, I advised the Court of Mr. Rosario's outstanding work performance rating during his time at the MDC working as a unit orderly. Enclosed is a copy of the form Mr. Rosario received, which just reached me today. We respectfully request that the Court consider Mr. Rosario's excellent work history as a factor that also supports his pending application for compassionate release.

                                          Very truly yours,

                                                    /s/

                                          Georgia J. Hinde

Enclosure

cc:   Margaret Graham, Esq. (by ECF and email)
       Assistant U.S. Attorney

       Mr. Antonio Rosario