USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

UNITED STATES OF AMERICA,                            :
                                                     :
          -against-                                  :          09-CR-415 (VEC)
                                                     :
ANTONIO ROSARIO,                                     :          ORDER
                                                     :
                              Defendant.             :
----------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 22, 2020, the Court held oral argument on Defendant's motion for

compassionate release;

       IT IS HEREBY ORDERED that the Government must submit a letter no later than **May

27, 2020**, informing the Court when the Bureau of Prisons intends to resume transferring inmates

to their designated facilities and when it intends to transfer Mr. Rosario specifically.

**SO ORDERED.**

Date:  **May 22, 2020**                        _____
       **New York, NY**                               **VALERIE CAPRONI**
                                                **United States District Judge**